JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAG INSTRUMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> VINSY TECHNOLOGY LIMITED, <br><br> Defendant. | Case No. EDCV 13-359 AB (OPx) <br><br> [PROPOSED] **JOINT STIPULATED FINAL JUDGMENT** <br><br> Hon. André Birotte, Jr. |

Plaintiff Mag Instrument, Inc. and defendant Vinsy Technology Limited, having stipulated to all the terms contained herein, and good cause having been shown, IT IS HEREBY ORDERED AND ADJUDGED:

1. That defendant Vinsy Technology Limited, as MAG Technology Co., Ltd.'s assignee, has breached, and continues to breach, the January 18, 1996 Settlement Agreement between Mag Instrument, Inc. and MAG Technology Co., Ltd. (as modified, on March 7, 1996, to apply in all countries throughout the world) by its maintenance of United States Trademark Registration No. 3,500,264 and its use of the mark MAG (stylized) and all other marks that contain the term "MAG" or any confusingly similar mark in connection with the following goods: ELECTRONIC PUBLICATIONS, NAMELY, BOOKS FEATURING THE SUBJECT MATTER OF ELECTRONIC WHITEBOARDS RECORDED ON COMPUTER MEDIA; VIDEO CAMERAS; DIGITAL CAMERAS; TELEVISION MONITORS FOR CLOSED-CIRCUIT TELEVISION; COMPACT DISK PLAYERS; MULTIMEDIA PLAYERS, NAMELY, CD PLAYERS, DIGITAL AUDIO PLAYERS, DIGITAL VIDEO PLAYERS; TELEVISION APPARATUS FOR PROJECTION PURPOSES; PROJECTION SCREENS; TELEVISION RECEIVERS; TV SETS; SATELLITE RECEIVERS; MP3 PLAYERS; LIQUID CRYSTAL DISPLAY TELEVISIONS; TELEVISION SETS AND PARTS THEREOF; AUDIO SPEAKERS AND PARTS THEREFOR; MULTIMEDIA TEACHING APPARATUS, NAMELY, AUDIOVISUAL RECEIVERS; ELECTRIC STORAGE BATTERIES; ELECTRICAL STORAGE BATTERIES; LITHIUM BATTERIES; TELEPHONE APPARATUS, NAMELY, INTERCOMS; VIDEOPHONES; VIDEO CONFERENCE EQUIPMENT, NAMELY, VIDEO MONITORS, MICROPHONES, AUDIO SPEAKERS, AND CAMERAS; ELECTRIC COILS; and TUNER BOXES USED FOR TUNING AND SELECTING THE CHANNELS OF A TV SYSTEM.

2. That defendant Vinsy Technology Limited, as MAG Technology Co., Ltd.'s assignee, has breached, and continues to breach, the January 18, 1996 Settlement Agreement between Mag Instrument, Inc. and MAG Technology Co., Ltd. (as modified, on March 7, 1996, to apply in all countries throughout the world) by its maintenance of United Kingdom Trademark Registration No. 2562408 and its use of the mark MAG (stylized) and all other marks that contain the term "MAG" or any confusingly similar mark in connection with the following goods: TELEVISION APPARATUS; CAMERAS [PHOTOGRAPHY]; CAMCORDERS; SET-TOP BOXES; GRAPH PLOTTERS; NAVIGATIONAL INSTRUMENTS; AUTOMATIC ADVERTISING MACHINES; DIGITAL PHOTO FRAMES FOR DISPLAYING DIGITAL PICTURES; and VIDEO CLIPS AND MUSIC.

3. That defendant Vinsy Technology Limited, as MAG Technology Co., Ltd.'s assignee, has breached, and continues to breach, the January 18, 1996 Settlement Agreement between Mag Instrument, Inc. and MAG Technology Co., Ltd. (as modified, on March 7, 1996, to apply in all countries throughout the world) by its maintenance of New Zealand Trademark Registration No. 832620 and its use of the mark MAG (stylized) and all other marks that contain the term "MAG" or any confusingly similar mark in connection with the following goods: TELEVISION APPARATUS; CAMERAS [PHOTOGRAPHY]; CAMCORDERS; SET-TOP BOXES; GRAPH PLOTTERS; NAVIGATIONAL INSTRUMENTS; AUTOMATIC ADVERTISING MACHINES; DIGITAL PHOTO FRAMES FOR DISPLAYING DIGITAL PICTURES; and VIDEO CLIPS AND MUSIC.

4. That defendant Vinsy Technology Limited, its officers, directors, employees, attorneys, and all persons and/or entities acting for, with, by, through, or in active concert or participation with it, be enjoined permanently from:

(a) Maintaining United States Trademark Registration No. 3,500,264, including the following goods: ELECTRONIC PUBLICATIONS, NAMELY, BOOKS FEATURING THE SUBJECT MATTER OF ELECTRONIC

WHITEBOARDS RECORDED ON COMPUTER MEDIA; VIDEO CAMERAS; DIGITAL CAMERAS; TELEVISION MONITORS FOR CLOSED-CIRCUIT TELEVISION; COMPACT DISK PLAYERS; MULTIMEDIA PLAYERS, NAMELY, CD PLAYERS, DIGITAL AUDIO PLAYERS, DIGITAL VIDEO PLAYERS; TELEVISION APPARATUS FOR PROJECTION PURPOSES; PROJECTION SCREENS; TELEVISION RECEIVERS; TV SETS; SATELLITE RECEIVERS; MP3 PLAYERS; LIQUID CRYSTAL DISPLAY TELEVISIONS; TELEVISION SETS AND PARTS THEREOF; AUDIO SPEAKERS AND PARTS THEREFOR; MULTIMEDIA TEACHING APPARATUS, NAMELY, AUDIOVISUAL RECEIVERS; ELECTRIC STORAGE BATTERIES; ELECTRICAL STORAGE BATTERIES; LITHIUM BATTERIES; TELEPHONE APPARATUS, NAMELY, INTERCOMS; VIDEOPHONES; VIDEO CONFERENCE EQUIPMENT, NAMELY, VIDEO MONITORS, MICROPHONES, AUDIO SPEAKERS, AND CAMERAS; ELECTRIC COILS; and TUNER BOXES USED FOR TUNING AND SELECTING THE CHANNELS OF A TV SYSTEM;

   (b) Using or seeking to register, anywhere in the world, the mark that is the subject of United States Trademark Registration No. 3,500,264 or any other mark that contains the term "MAG" or any confusingly similar mark, in association with or for any of the following goods: ELECTRONIC PUBLICATIONS, NAMELY, BOOKS FEATURING THE SUBJECT MATTER OF ELECTRONIC WHITEBOARDS RECORDED ON COMPUTER MEDIA; VIDEO CAMERAS; DIGITAL CAMERAS; TELEVISION MONITORS FOR CLOSED-CIRCUIT TELEVISION; COMPACT DISK PLAYERS; MULTIMEDIA PLAYERS, NAMELY, CD PLAYERS, DIGITAL AUDIO PLAYERS, DIGITAL VIDEO PLAYERS; TELEVISION APPARATUS FOR PROJECTION PURPOSES; PROJECTION SCREENS; TELEVISION RECEIVERS; TV SETS; SATELLITE RECEIVERS; MP3 PLAYERS; LIQUID

CRYSTAL DISPLAY TELEVISIONS; TELEVISION SETS AND PARTS THEREOF; AUDIO SPEAKERS AND PARTS THEREFOR; MULTIMEDIA TEACHING APPARATUS, NAMELY, AUDIO VISUAL RECEIVERS; ELECTRIC STORAGE BATTERIES; ELECTRICAL STORAGE BATTERIES; LITHIUM BATTERIES; TELEPHONE APPARATUS, NAMELY, INTERCOMS; VIDEOPHONES; VIDEO CONFERENCE EQUIPMENT, NAMELY, VIDEO MONITORS, MICROPHONES, AUDIO SPEAKERS, AND CAMERAS; ELECTRIC COILS; and TUNER BOXES USED FOR TUNING AND SELECTING THE CHANNELS OF A TV SYSTEM;

   (c) Maintaining United Kingdom Trademark Registration No. 2562408 with respect to any of the following goods: TELEVISION APPARATUS; CAMERAS [PHOTOGRAPHY]; CAMCORDERS; SET-TOP BOXES; GRAPH PLOTTERS; NAVIGATIONAL INSTRUMENTS; AUTOMATIC ADVERTISING MACHINES; DIGITAL PHOTO FRAMES FOR DISPLAYING DIGITAL PICTURES; and VIDEO CLIPS AND MUSIC;

   (d) Using or seeking to register, anywhere in the world, the mark that is the subject of United Kingdom Trademark Registration No. 2562408 or any other mark that contains the term "MAG" or any confusingly similar mark, in association with or for any of the following goods: TELEVISION APPARATUS; CAMERAS [PHOTOGRAPHY]; CAMCORDERS; SET-TOP BOXES; GRAPH PLOTTERS; NAVIGATIONAL INSTRUMENTS; AUTOMATIC ADVERTISING MACHINES; DIGITAL PHOTO FRAMES FOR DISPLAYING DIGITAL PICTURES; and VIDEO CLIPS AND MUSIC;

   (e) Maintaining New Zealand Trademark Registration No. 832620 with respect to any of the following goods: TELEVISION APPARATUS; CAMERAS [PHOTOGRAPHY]; CAMCORDERS; SET-TOP BOXES; GRAPH PLOTTERS; NAVIGATIONAL INSTRUMENTS; AUTOMATIC

ADVERTISING MACHINES; DIGITAL PHOTO FRAMES FOR DISPLAYING DIGITAL PICTURES; and VIDEO CLIPS AND MUSIC;

    (f) Using or seeking to register, anywhere in the world, the mark that is the subject of New Zealand Trademark Application No. 832620 or any other mark that contains the term "MAG" or any confusingly similar mark, in association with or for any of the following goods: TELEVISION APPARATUS; CAMERAS [PHOTOGRAPHY]; CAMCORDERS; SET-TOP BOXES; GRAPH PLOTTERS; NAVIGATIONAL INSTRUMENTS; AUTOMATIC ADVERTISING MACHINES; DIGITAL PHOTO FRAMES FOR DISPLAYING DIGITAL PICTURES; and VIDEO CLIPS AND MUSIC; and

    (g) Using the mark MAG or any mark that contains the term "MAG" or any confusingly similar mark anywhere in the world, seeking to register the mark MAG or any mark that contains the term "MAG" or any confusingly similar mark anywhere in the world, or maintaining a registration for the mark MAG or any mark that contains the term "MAG" or any confusingly similar mark anywhere in the world for any goods and services other than computer peripherals and computer-related goods and services (the following goods, for purposes of this paragraph, being expressly *excluded* from the definition of "computer peripherals and computer-related goods and services": ELECTRONIC PUBLICATIONS, NAMELY, BOOKS FEATURING THE SUBJECT MATTER OF ELECTRONIC WHITEBOARDS RECORDED ON COMPUTER MEDIA; VIDEO CAMERAS; DIGITAL CAMERAS; TELEVISION MONITORS FOR CLOSED-CIRCUIT TELEVISION; COMPACT DISK PLAYERS; MULTIMEDIA PLAYERS, NAMELY, CD PLAYERS, DIGITAL AUDIO PLAYERS, DIGITAL VIDEO PLAYERS; TELEVISION APPARATUS FOR PROJECTION PURPOSES; PROJECTION SCREENS; TELEVISION RECEIVERS; TV SETS; SATELLITE RECEIVERS; MP3 PLAYERS; LIQUID CRYSTAL DISPLAY TELEVISIONS; TELEVISION SETS AND PARTS THEREOF; AUDIO SPEAKERS AND

PARTS THEREFOR; MULTIMEDIA TEACHING APPARATUS, NAMELY, AUDIO-VISUAL RECEIVERS; ELECTRIC STORAGE BATTERIES; ELECTRICAL STORAGE BATTERIES; LITHIUM BATTERIES; TELEPHONE APPARATUS, NAMELY, INTERCOMS; VIDEOPHONES; VIDEO CONFERENCE EQUIPMENT, NAMELY, VIDEO MONITORS, MICROPHONES, AUDIO SPEAKERS, AND CAMERAS; ELECTRIC COILS; and TUNER BOXES USED FOR TUNING AND SELECTING THE CHANNELS OF A TV SYSTEM);

  (h) Seeking a new registration for or registering, anywhere in the world, a trademark or service mark that includes the term "MAG" (whether stylized, not stylized, alone, or in connection with one or more other words, logos or symbols);

  (i) Opposing or in any way contesting any application by Mag Instrument, Inc. (or a Mag Instrument, Inc. affiliate or licensee) to register anywhere in the world a trademark or service mark that includes the term "MAG" (whether stylized, not stylized, alone, or in connection with one or more other words, logos, or symbol); or

  (j) Attempting to cancel or in any way contesting any trademark or service mark owned by Mag Instrument (or a Mag Instrument, Inc. affiliate or licensee) anywhere in the world (now or in the future) that includes the term "MAG" (whether stylized, not stylized, alone, or in connection with one or more other words, logos, or symbol).

  5. That defendant Vinsy Technology Limited is required, within ninety (90) days after entry of this Judgment, to file with this Court and hand-deliver to counsel for Mag Instrument, Inc. a written report, under oath, confirming that Vinsy Technology Limited and its officers, directors, employees, attorneys, and all persons and/or entities acting for, with, by, through, or in active concert or participation with it, have fully complied with Paragraph 4, above, and detailing the

manner in which they have done so (which shall include details about retaining local trademark attorneys in the United Kingdom and New Zealand for removal of the violated items listed in Paragraph 4).

6.  That United States Trademark Registration No. 3,500,264 is cancelled with prejudice pursuant to 15 U.S.C. §1119 – and this Court has certified its decree of cancellation with prejudice to the Director of the United States Patent and Trademark Office.

7.  That Mag Instrument, pursuant to Paragraph 5 of the January 18, 1996 Settlement Agreement between Mag Instrument, Inc. and MAG Technology Co., Ltd. (as modified, on March 7, 1996, to apply in all countries throughout the world) is the "prevailing party" and shall be awarded its attorneys' fees and expenses incurred in connection with the above-captioned action in the amount of Eighty Thousand U.S. Dollars ($80,000.00), which shall be paid by Vinsy Technology, Limited to Mag Instrument, Inc. not later than December 21, 2014 (that is, received by Mag Instrument, Inc. on or before that date).

8.  Vinsy Technology Limited waives any right to appeal from this Final Judgment.

9.  This Court retains personal and subject matter jurisdiction over the parties and any future disputes that may arise with respect to the January 18, 1996 Settlement Agreement between Mag Instrument, Inc. and MAG Technology Co., Ltd. (as modified, on March 7, 1996, to apply in all countries throughout the world) and/or this Final Judgment.

///
///
///
///
///

10. Counsel for the Parties listed below have full authority to bind the Party for which they sign to the terms of this Final Judgment.

Dated: December 9, 2014          By: _____
                                      Hon. André Birotte Jr.
                                      United States District Judge

1 | Presented by:

2 | Robert W. Dickerson (State Bar No. 89,367)
3 | *rdickerson@manatt.com*
  | MANATT, PHELPS & PHILLIPS, LLP
4 | 11355 West Olympic Boulevard
5 | Los Angeles, CA 90064
  | Telephone: (310) 312-4000
6 | Facsimile: (310) 312-4224

7 | Charles A. Kertell (State Bar No. 181,214)
8 | *ckertell@manatt.com*
  | MANATT, PHELPS & PHILLIPS, LLP
9 | 695 Town Center Drive, 14th Floor
10 | Costa Mesa, CA 92626
  | Telephone: (714) 371-2500
11 | Facsimile: (714) 371-2550

12 | Attorneys for Plaintiff
13 | MAG INSTRUMENT, INC.

14 | Maria W. Tam (State Bar No. 164,996)
15 | *tamlawoffice@gmail.com*
  | LAW OFFICE OF MARIA W. TAM
16 | 809 South Atlantic Boulevard, Suite 205
17 | Monterey Park, CA 91754
  | Telephone: (626) 281-9353
18 | Facsimile: (626) 281-9354

19 | Attorney for Defendant
  | VINSY TECHNOLOGY LIMITED

20
21
22
23
24
25
26
27
28